# The University of Iowa - 2013 Standard 509 Information Report

280 Boyd Law Building 130 Melrose Avenue
Iowa City, IA 52242
Phone: 319-335-9034
Website: http://www.law.uiowa.edu

ABA Approved Since 1923



## The Basics

| | |
|---|---|
| Type of school | PUBLIC |
| Term | Semester |
| Application deadline | 4/1/2014 |
| Application fee | $ 0 |
| Financial aid deadline | |
| Can first year start other than fall? | No |

## Tuition and Fees (academic year*)

| | Resident | Non-Resident |
|---|---|---|
| Full-Time | $ 28,047 | $ 49,025 |
| Part-Time | $ | $ |
| Tuition Guarantee Program | | No |

## Living Expenses (academic year*)

Estimated Living Expenses for singles

| | |
|---|---|
| Living on Campus | $ 16,702 |
| Living Off Campus | $ 16,930 |
| Living at Home | $ 7,924 |

## GPA and LSAT Scores (calendar year**)

| | Total | Full-Time | Part-Time |
|---|---|---|---|
| Number of apps | 792 | 792 | 0 |
| Number of offers | 412 | 412 | 0 |
| Number of matrics | 93 | 93 | 0 |
| 75% GPA | 3.72 | 3.72 | 0.00 |
| Median GPA | 3.59 | 3.59 | 0.00 |
| 25% GPA | 3.42 | 3.42 | 0.00 |
| 75% LSAT | 163 | 163 | 0 |
| Median LSAT | 161 | 161 | 0 |
| 25% LSAT | 158 | 158 | 0 |

## Grants and Scholarships (prior academic year*)

| | Total | | Full-Time | | Part-Time | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Total number of students | 522 | 100 | 517 | 99 | 5 | 1 |
| Total number receiving grants | 445 | 85.2 | 445 | 86.1 | 0 | 0 |
| Less than 1/2 tuition | 239 | 45.8 | 239 | 46.2 | 0 | 0 |
| Half to full tuition | 77 | 14.8 | 77 | 14.9 | 0 | 0 |
| Full tuition | 87 | 16.7 | 87 | 16.8 | 0 | 0 |
| More than full tuition | 42 | 8 | 42 | 8.1 | 0 | 0 |
| 75% grant amount | | | $ 25,608 | | $ 0 | |
| Median grant amount | | | $ 20,448 | | $ 0 | |
| 25% grant amount | | | $ 10,000 | | $ 0 | |

## J.D. Enrollment and Ethnicity (academic year*)

| | Men | | Women | | Full-Time | | Part-Time | | First - Year | | Total | | J.D. Deg Awd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % | # | % | |
| Hispanics of any race | 10 | 4.2 | 13 | 7.5 | 23 | 5.6 | 0 | 0 | 7 | 7.5 | 23 | 5.6 | 13 |
| American Indian or Alaska Native | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Asian | 14 | 5.9 | 8 | 4.6 | 21 | 5.1 | 1 | 50 | 5 | 5.4 | 22 | 5.3 | 13 |
| Black or African American | 7 | 2.9 | 6 | 3.4 | 13 | 3.2 | 0 | 0 | 3 | 3.2 | 13 | 3.1 | 6 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 1 | 0.6 | 1 | 0.2 | 0 | 0 | 0 | 0 | 1 | 0.2 | 0 |
| Two or more races | 8 | 3.3 | 5 | 2.9 | 13 | 3.2 | 0 | 0 | 3 | 3.2 | 13 | 3.1 | 1 |
| Total Minority | 39 | 16.3 | 33 | 19 | 71 | 17.3 | 1 | 50 | 18 | 19.4 | 72 | 17.4 | 36 |
| White | 172 | 72 | 114 | 65.5 | 285 | 69.3 | 1 | 50 | 66 | 71 | 286 | 69.2 | 128 |
| Nonresident Alien | 5 | 2.1 | 7 | 4 | 12 | 2.9 | 0 | 0 | 1 | 1.1 | 12 | 2.9 | 1 |
| Race and Ethnicity Unknown | 23 | 9.6 | 20 | 11.5 | 43 | 10.5 | 0 | 0 | 8 | 8.6 | 43 | 10.4 | 25 |
| Total | 239 | 57.9 | 174 | 42.1 | 411 | 99.5 | 2 | 0.5 | 93 | 22.5 | 413 | 100 | 190 |

The University of Iowa



*ABA Approved Since 1923*

## Curriculum (prior academic year*)

| | Full-Time | Part-Time |
|---|---|---|
| Typical first-year section size | 40 | 0 |
| Number of classroom course titles beyond first-year curriculum | 108 | |
| Number of upper division classroom course sections | | |
|     Under 25 | 88 | |
|     25 - 49 | 20 | |
|     50 - 74 | 10 | |
|     75 - 99 | 8 | |
|     100+ | 1 | |
| Number of positions available in simulation courses | 608 | |
| Number of simulation positions filled | 540 | 0 |
| Number of positions available in faculty supervised clinical courses | 104 | |
| Number of faculty supervised clinical positions filled | 66 | 0 |
| Number of field placement positions filled | 80 | 0 |
| Number of students who enrolled in independent study | 41 | 0 |
| Number of students who participated in law journals | 156 | 0 |
| Number of students who participated in interschool skills competitions | 47 | 0 |
| Number of credit hours required to graduate | 84 | |

## Faculty and Administrators (calendar year**)

| | Total | | Men | | Women | | Minorities | |
|---|---|---|---|---|---|---|---|---|
| | Spr | Fall | Spr | Fall | Spr | Fall | Spr | Fall |
| Full-Time | 38 | 43 | 21 | 27 | 17 | 16 | 6 | 4 |
| Other Full-Time | 3 | 3 | 2 | 2 | 1 | 1 | 0 | 0 |
| Deans, librarians & others who teach | 12 | 12 | 6 | 6 | 6 | 6 | 1 | 2 |
| Part-Time | 23 | 17 | 17 | 13 | 6 | 4 | 0 | 0 |
| | 76 | 75 | 46 | 48 | 30 | 27 | 7 | 6 |
| Student faculty ratio | 9.45 to 1 | | | | | | | |

## J.D. Attrition (prior academic year*)

| | Academic # | Other # | Total # | % |
|---|---|---|---|---|
| 1st year | 0 | 4 | 4 | 2.6 |
| 2nd year | 0 | 9 | 9 | 5.1 |
| 3rd year | 0 | 1 | 1 | 0.5 |
| 4th year | 0 | 0 | 0 | 0 |

## Transfers (prior academic year*)

| | |
|---|---|
| Transfers In | 3 |
| Transfers Out | 7 |

## Bar Passage Rates (February and July 2012)

**First Time Takers: 177**

| Jurisdiction | Takers | Passers | Pass % | State % | Diff. % |
|---|---|---|---|---|---|
| Iowa | 68 | 65 | 95.59 | 92.46 | 3.13 |
| Illinois | 29 | 26 | 89.66 | 87.34 | 2.32 |
| California | 13 | 8 | 61.54 | 71.43 | -9.89 |
| New York | 11 | 10 | 90.91 | 81.55 | 9.36 |
| Minnesota | 8 | 8 | 100.00 | 90.66 | 9.34 |
| | Reporting % | Avg. School Pass % | Avg. State Pass % | Avg. Pass Diff. % | |
| | 72.88 | 90.70 | 88.14 | 2.56 | |

## Bar Passage Rates (February and July 2011)

**First Time Takers: 184**

| Jurisdiction | Takers | Passers | Pass % | State % | Diff. % |
|---|---|---|---|---|---|
| Iowa | 72 | 65 | 90.28 | 89.53 | 0.75 |
| Illinois | 22 | 21 | 95.45 | 89.10 | 6.35 |
| New York | 14 | 11 | 78.57 | 85.03 | -6.46 |
| Minnesota | 13 | 13 | 100.00 | 92.94 | 7.06 |
| California | 10 | 5 | 50.00 | 72.15 | -22.15 |
| | Reporting % | Avg. School Pass % | Avg. State Pass % | Avg. Pass Diff. % | |
| | 71.20 | 87.79 | 87.99 | -0.20 | |

## Bar Passage Rates (February and July 2010)

**First Time Takers: 194**

| Jurisdiction | Takers | Passers | Pass % | State % | Diff. % |
|---|---|---|---|---|---|
| Iowa | 70 | 65 | 92.86 | 91.09 | 1.77 |
| Illinois | 32 | 30 | 93.75 | 89.38 | 4.37 |
| Minnesota | 15 | 15 | 100.00 | 92.21 | 7.79 |
| New York | 12 | 9 | 75.00 | 84.92 | -9.92 |
| California | 12 | 10 | 83.33 | 71.24 | 12.09 |
| | Reporting % | Avg. School Pass % | Avg. State Pass % | Avg. Pass Diff. % | |
| | 72.68 | 91.49 | 88.60 | 2.89 | |

\* "Academic year" refers to the 2013 - 2014 academic year. ** "Calendar year" refers to the 2013 calendar year.